IN THE MATTER OF DRAINING CERTAIN SWAMP LANDS
IN THE TOWN OF CHILI, MONROE COUNTY.

APPEAL from an order of the Monroe County Court, reversing the determination of the commissioners in the matter of draining certain swamp lands, in the town of Chili.

The case arose under the general drainage act, passed in 1869, and amended in 1871 (Sess. Laws 1869, vol. 2, chap. 888, p. 2223; Sess. Laws 1871, chap. 303), and was heard at this term pursuant to an order of the court directing a reargument.

The court *held*, that the reversal by the county judge of the determination of the commissioners, upon the ground that it was not necessary for the public health that the lands described in the petition of the land owners upon which this proceeding was instituted, should be drained, was conclusive upon that question, this court having no power to review the facts, the appeal to it being limited, by the terms of the act (§ 12 of act of 1869), to questions of law.

The court further say that the provision in respect to the public health, was doubtless inserted in the act of 1869, as an amendment of the general drainage act of the Revised Statutes, because the constitutionality of that act had been questioned, and to obviate that objection which was clearly sound.   (*Woodruff* v. *Fisher*, 17 Barb., 224, 231; *White* v. *White*, 5 id., 483; Cooley's Const. Limitations, 509, 510.)

*F. L. Durand*, for appellants.    *G. F. Danforth*, for respondents.

Opinion by SMITH, J.

Present — MULLIN, P. J., SMITH and GILBERT, JJ.

Order and decision of the County Court affirmed, with costs.